AUGUSTA PETRIKAT, Respondent, v. FRIEDA HOCHFELD et al., Appellants, and GERTRUDE DISSE, Respondent.— In a proceeding to enforce the liability of three children to contribute to the support of their eighty-year-old mother, pursuant to subdivision 4 of section 101 of the Domestic Relations Court Act of the City of New York, an order was made by the Domestic Relations Court of the City of New York, Family Court Division, County of Queens, directing two of said children to pay the sum of $8 a week each for such support, the matter being reserved generally as to the third daughter with whom the mother was living. On appeal by the children who have been ordered to pay, order unanimously affirmed. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TERESA MANZI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of the crime of petit larceny (shoplifting), on her plea of guilty, unanimously affirmed. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AUTOKEFALOS ORTHODOX SPIRITUAL CHURCH OF SAINT GEORGE, THE TROPEOPHOROS, Appellant, against EDWARD F. HALLAHAN et al., Constituting the Board of Review of the City of Mount Vernon, et al., Respondents.— In a consolidated proceeding to review tax assessments, order dismissing writs of certiorari and confirming assessments unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Caswell, Johnston, Sneed and Wenzel, JJ. [See *post*, p. 1026.]

■

LENA SCHWARTZ, Respondent, v. BERTHA SLATKIN, Appellant.— In an action to recover damages for personal injuries sustained when plaintiff fell on a piece of carpet on a waxed floor in defendant's home, defendant appeals from a judgment in favor of the plaintiff entered on a verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

■

ETHEL SEFRANKA, Appellant, v. GUSTAVE C. SEFRANKA, Respondent.— Plaintiff wife appeals from an order made on November 29, 1948, denying her motion to punish defendant husband for contempt for failure to pay in accordance with the terms of a temporary alimony order made on June 3, 1947. Order affirmed, without costs. No opinion. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur. [See 279 App. Div. 591.]